UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JIMMY CLARK, <br><br>          Plaintiff, <br><br> v. <br><br> CHICAGO BRIDGE & IRON COMPANY, <br><br>          First Defendant, <br><br> WESTINGHOUSE ELECTRIC COMPANY LLC, <br><br>          Second Defendant, <br><br> WECTEC CONTRACTORS INC. <br><br>          Third Defendant, <br><br> A.B.C. CORPORATION, <br><br>          Fourth Defendant. | Civil Action No. |

### NOTICE OF REMOVAL OF CHICAGO BRIDGE & IRON COMPANY, WESTINGHOUSE ELECTRIC COMPANY LLC, AND WECTEC CONTRACTORS INC.

Defendants Chicago Bridge & Iron Company, Westinghouse Electric Company LLC, and WECTEC Contractors Inc. (collectively, "Defendants"), by and through their undersigned counsel, respectfully submit this Notice of Removal to the United States District Court for the Southern District of Georgia, Augusta Division. In support of removal, Defendants state the following:

1.  On or about May 10, 2016, Plaintiff Jimmy Clark ("Plaintiff") filed a civil action against Defendants in the Superior Court of Burke County, Case No. 2016-V-0023. Copies of the Service of Process Transmittal, Summons, and Complaint are attached as Exhibit A, as required under 28 U.S.C. § 1446(a). These are the only process and pleadings served on Defendants in this action.

2.  Defendants were served with the Complaint on May 19, 2016 by hand delivery on their registered agents. Accordingly, Defendants are timely filing this Notice of Removal within 30 days after service of process, as required by 28 U.S.C. § 1446(b).

3.  The Superior Court of Burke Court is located within the Augusta Division of the Southern District of Georgia. 28 U.S.C. § 90(c). Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4.  This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Plaintiff's claim arises under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff asserts a claim arising under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. Accordingly, this action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

5.  A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Burke County, Georgia, and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d). A copy of the Notice to Superior Court of Burke County of Filing Notice of Removal is attached hereto as Exhibit B.

6. By removing this matter, Defendants do not waive or intend to waive any defense, including but not limited to insufficiency of process and insufficiency of service of process.

7. All served Defendants join in removal of this action. Defendant "A.B.C. Corporation" is a fictitious corporation listed by Plaintiff to represent "an unknown corporate entity" and therefore has not been served in this action. (*See* Complaint ¶ 7.)

WHEREFORE, having fully complied with all requirements for removal of this action, Defendants request that the action now pending in the Superior Court of Burke County, Georgia, be removed to the United States District Court for the Southern District of Georgia, Augusta Division.

Respectfully submitted this 16th day of June, 2016.

*s/C. Garner Sanford, Jr.*
C. Garner Sanford, Jr.
Georgia Bar No. 005020
Garner.sanford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
191 Peachtree Street, N.E.
Suite 4800
Atlanta, Georgia 30303
Telephone: 404.881.1300
Fax: 404.870.1732

***Counsel for Defendants Chicago Bridge & Iron Company, Westinghouse Electric Company LLC, and WECTEC Contractors Inc.***

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JIMMY CLARK, | ) |
| Plaintiff, | ) |
| v. | ) |
| CHICAGO BRIDGE & IRON COMPANY, | ) |
| First Defendant, | ) |
| WESTINGHOUSE ELECTRIC COMPANY LLC, | ) Civil Action No. |
| Second Defendant, | ) |
| WECTEC CONTRACTORS INC. | ) |
| Third Defendant, | ) |
| A.B.C. CORPORATION, | ) |
| Fourth Defendant. | ) |

### CERTIFICATE OF SERVICE

It is hereby certified that on June 16, 2016 the foregoing NOTICE OF REMOVAL OF CHICAGO BRIDGE & IRON COMPANY, WESTINGHOUSE ELECTRIC COMPANY LLC, AND WECTEC CONTRACTORS INC. was filed electronically with the Clerk of Court using the CM/ECF system and sent via U.S. mail to the following counsel of record:

Troy A. Lanier
Troy A. Lanier, P.C.

P.O. Box 2426
Augusta, GA 30903
tlanier@tlanierlaw.com

*s/C. Garner Sanford, Jr.*
C. Garner Sanford, Jr.
Georgia Bar No. 005020