IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
JIMMY CLARK,                    *
                                *
    Plaintiff,                  *
                                *
v.                              *
                                *     CV 116-083
WECTEC CONTRACTORS, INC.        *
et al.,                         *
                                *
    Defendants.                 *
                                *
                                *
```

**O R D E R**

On April 3, 2017, Plaintiff and Defendant Flour Enterprises, Inc. moved for approval of their settlement in this case. (Doc. 44.) The Court denied that motion on May 16, 2017, because it contained a pervasive release. (Doc. 46.) These parties have amended their settlement agreement and now ask the Court again to approve their settlement. (Doc. 47.)

Under the revised agreement,

> Plaintiff releases and discharges any and all claims he may have under the FLSA, as well as any other claims which could have been brought relating to his pay or reimbursements while employed by Defendant or which necessarily should have been brought as part of the claims asserted in the Litigation.

(Doc. 47-1 at 10.) Because this release resembles provisions this Court has previously approved, the Court **GRANTS** the

parties' motion and **APPROVES** their settlement. The Court also **GRANTS** their request to dismiss Plaintiff's claims against Flour **WITH PREJUDICE**. The Clerk therefore is instruct to **TERMINATE** Flour Enterprises, Inc. as a party in this case. Furthermore, the Court **ORDERS** this case **STAYED** pending the resolution of Defendant WECTEC Contractors, Inc.'s bankruptcy proceedings.

**ORDER ENTERED** at Augusta, Georgia this 10th day of July, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA